UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JARMARPHIO SHANTEZ MOOSE #29803-057, Plaintiff | CIVIL DOCKET NO. 1:22-CV-00297 SEC P |
| VERSUS | JUDGE DRELL |
| WARDEN MERRENDINO, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 7 day of March 2022.

DEE. D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT